UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** UNITED STATES OF AMERICA | **Defendant(s):** VINCENT JOHN TENUTO |
| **County of Residence:** | **County of Residence:** US, Outside the State of IL |
| **Plaintiff's Address:**<br>1) AUSA<br><br>2) April Perry<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 | **Defendant's Attorney:**<br>Vincent John Tenuto<br>#18831-424<br>Elkton<br>P.O. Box 10<br>Lisbon, OH  44432 |

**Basis of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff     ☐ 3. Federal Question (U.S. gov't. not a party)

☑ 2. U.S. Government Defendant     ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV2447
JUDGE HIBBLER
MAG. JUDGE MASON

**Origin:**  ☑ 1. Original Proceeding     ☐ 5. Transferred From Other District

☐ 2. Removed From State Court     ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court     ☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:**  ☐ Yes   ☑ No

**Signature:** *A. E. Woodham*  **Date:** 04/29/2008

Hibbler  06 CR 484
Mason

FILED
APR 2 9 2008
Apr 29 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT