UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. **08C 2447** |
| v.  ) | |
| ) | Judge William J. Hibbler |
| Vincent John Tenuto  ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/April Perry
APRIL PERRY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-5966