UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Civil No. 1:08-cv-02447 |
| | * | |
| Plaintiff-Respondent, | * | |
| | * | |
| v. | * | Honorable Judge William J. Hibbler |
| | * | |
| VINCENT JOHN TENUTO, | * | |
| | * | |
| Defendant-Petitioner. | * | |

NOTICE OF APPEARANCE
OF COUNSEL FOR VINCENT JOHN TENUTO

Defendant-Petitioner Vincent John Tenuto, now through counsel, gives notice to this Honorable Court and opposing counsel of the appearance of Jeffrey M. Brandt, Robinson & Brandt, P.S.C., 629 Main Street, Suite B, Covington, KY 41011 on behalf of Mr. Tenuto.

                 Respectfully submitted,

                 Robinson & Brandt, P.S.C.

Dated: 27 May 2008     /s/  Jeffrey M. Brandt
                 Jeffrey M. Brandt, Esq.
                 N.D. Ill. Bar No. 90785912
                 629 Main Street
                 Suite B
                 Covington, KY 41011
                 (859) 581-7777 voice
                 (859) 581-5777 facsimile

## **CERTIFICATE OF SERVICE**

I certify that on the date printed below I electronically filed with the clerk's Electronic Case Filing system a true copy of the foregoing notice of appearance of counsel, which should cause the document to be electronically served upon April Perry, Esq., United States Attorney's Office, 219 South Dearborn Street, Suite 500, Chicago, Illinois 60604.

Dated: 27 May 2008                                     /s/    Jeffrey M. Brandt