UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CV 2447 |
| | ) | |
| v. | ) | Judge William J. Hibbler |
| | ) | |
| VINCENT JOHN TENUTO | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

"Government's Response to Defendant's Motion Under 28 U.S.C. § 2255"

was served on June 3, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and was further served on the below-referenced party by U.S. mail:

Mr. Jeffrey M. Brandt
629 Main Street, Suite B
Covington, KY 41011

                                                            s/   April M. Perry
                                                            APRIL M. PERRY
                                                            Assistant United States Attorney